**UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS**

**UNITED STATES**

**v.**

**Airman JOSHUA B. COLLYMORE**
**United States Air Force**

**ACM S32222**

**29 December 2014**

Sentence adjudged 31 January 2014 by SPCM convened at Cannon Air Force Base, New Mexico. Military Judge: Christopher M. Schumann (sitting alone).

Approved Sentence: Bad-conduct discharge, confinement for 7 months, and reduction to E-1.

Appellate Counsel for the Appellant: Captain Melissa Biedermann.

Appellate Counsel for the United States: Lieutenant Colonel Katherine E. Oler.

Before

MITCHELL, WEBER, and BENNETT
Appellate Military Judges

This opinion is issued as an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred.[*] Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000).

---

[*] The Court notes that the Court-Martial Order (CMO), dated 14 March 2014 incorrectly omits the minor changes (pen & ink changes) to Specification 2 of Charge II and lists the incorrect dates for Specification 2 of Charge IV. The Court orders the promulgation of a corrected CMO.

Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

STEVEN LUCAS
Clerk of the Court